# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | 2:19cr252 |
| ) | **Electronic Filing** |
| **EDWARD T. STEVENSON** ) | |

## MEMORANDUM ORDER

AND NOW, this 20th day of July, 2022, upon due consideration of defendant's objection to the imposition of any costs associated with supervision, IT IS ORDERED that [59] the objection be, and the same hereby is, overruled.

Defendant's position is grounded on a faulty premise – to wit: that his ability to pay will remain fixed and bleak. But the costs of electronic monitoring, should they become appropriate and warranted, will be imposed in the future. Of course, the court retains the ability to oversee and adjust any payment schedule that is imposed and the court's overview as to any such cost is no greater than its ongoing overview of any term of probation or supervised release imposed as part of the court's sentence. Consequently, at this juncture it would be premature to foreclose the potential that defendant might be able to bear some portion of the cost of any condition of supervision that is imposed as an alternative to incarceration.

s/David Stewart Cercone  
David Stewart Cercone  
Senior United States District Judge

cc:   Carolyn J. Bloch, AUSA  
      Sarah E. Levin, AFPD

      (*Via CM/ECF Electronic Mail*)